MANUEL REALTY CORPORATION, Landlord, Respondent, *v.* JOSEPH BLANK, Tenant, Appellant.

Supreme Court, Appellate Term, Second Department, December 29, 1949.

*Louis Horwitz* and *Mordecai J. Horwitz* for appellant.

*Martin B. Nadle* for respondent.

Final order, judgment and order denying motion to reopen proceeding affirmed, with $25 costs. No opinion.

Concur: STEINBRINK, RUBENSTEIN and COLDEN, JJ.